THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. C23-0718-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding a briefing schedule and Rule 26(f) disclosures (Dkt. No. 63). On December 19, 2023, the Court granted in part and denied in part Defendants' motions to dismiss. (*See* Dkt. No. 61.) In doing so, the Court stated that if Plaintiff seeks leave to amend, then she shall so move pursuant to Rule 15. Consistent with that Order and the instant request, the Court sets the following briefing schedule:

1. Plaintiff has until January 25, 2024, to move for leave to amend her complaint, and the motion would be briefed pursuant to the deadlines set forth in the Local Rules;

2. Defendants' answer, responsive motion, or other response to the amended complaint is due 21 days after either (i) resolution of Plaintiff's motion for leave to amend or (ii)

Plaintiff's filing of an amended complaint, whichever is later; and

3. The Rule 26(f) conference and other associated deadlines are continued until after resolution of Plaintiff's anticipated motion for leave to amend, pursuant to the following schedule:

   a. Rule 26(f) Conference Deadline: Two weeks after the Court resolves the motion for leave to amend;

   b. Initial Disclosure Deadline: Four weeks after the Court resolves the motion for leave to amend; and

   c. Joint Status Report: Six weeks after the Court resolves the motion for leave to amend.

DATED this 22nd day of December 2023.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Kathleen Albert<br>
Deputy Clerk