THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. C23-0718-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for leave to file an amended complaint (Dkt. No. 68). Leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). There was no opposition to this motion, which the Court considers "as an admission that the motion has merit." *See* LCR 7(b)(2).

Plaintiff's motion (Dkt. No. 68) is GRANTED. However, the amendment shall not take effect until Plaintiff files the amended complaint, currently posted as Docket Number 68-1, as a standalone document.

//
//
//

MINUTE ORDER
C23-0718-JCC
PAGE - 1

1 | DATED this 13th day of February 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
