THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>                Defendants. | CASE NO. C23-0718-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 81). Based upon the parties' competing proposals, the Court establishes the following case schedule:

| Event | Date |
|---|---|
| Joinder of additional parties | March 26, 2025 |
| Deadline to amend pleadings and/or add parties | March 26, 2025 |
| Deadline for Plaintiff to serve expert report(s) relevant for class certification | February 28, 2025 |
| Deadline for Defendants to serve expert report(s) relevant for class certification | February 28, 2025 |

| | |
|---|---|
| Deadline for any rebuttal expert report(s) relevant for class certification | March 20, 2025 |
| Plaintiff's motion for class certification | May 9, 2025 |
| Defendants' response to motion for class certification | June 27, 2025 |
| Plaintiff's reply in support of class certification | July 19, 2025 |

The Court will set the remaining dates, including a discovery cutoff, after its ruling on Plaintiff's motion for class certification.

DATED this 2nd day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
