THE HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation; QUALTRICS INTERNATIONAL INC., a Delaware Corporation; and QUALTRICS LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:23-cv-00718-RSM<br><br>**STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: December 9, 2024 |

**STIPULATED MOTION**

Pursuant to Local Civil Rule 10(g), the parties hereby jointly stipulate to continue the dates set forth in the Court's Minute Order dated April 2, 2024 (Dkt. #82) ("Minute Order"). The Court's Minute Order set certain class certification-related deadlines, as noted below, with the "remaining dates, including a discovery cutoff, [to be set] after its ruling on Plaintiff's motion for class certification." Dkt. #82. The discovery in this matter, which the parties have diligently pursued thus far, is highly technical and has required additional time by the parties to investigate the allegations and to confer and carry out the agreed upon search, collection, and production of relevant information. Additionally, the parties have served, and anticipate additional necessary, third-party

STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE - 1
Case No. 2:23-cv-00718-JCC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

discovery. In light of the extensive and technical fact and expert discovery necessary given the subject matter of this action, and in order to preserve judicial resources, the parties believe good cause exists to extend the deadlines set forth in the Minute Order and respectfully request that the Court enter a new scheduling order that adopts the parties' jointly proposed schedule set forth below.

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for parties to serve expert report(s) relevant for class certification | 02/28/2025 | 07/28/2025 |
| Deadline for any rebuttal expert report(s) relevant for class certification | 03/20/2025 | 08/20/2025 |
| Deadline for joinder of additional parties and to amend pleadings | 03/26/2025 | 08/26/2025 |
| Deadline to file/serve Plaintiff's motion for class certification | 05/09/2025 | 10/09/2025 |
| Deadline for Defendants' response to be filed/served to Plaintiff's motion for class certification | 06/27/2025 | 11/26/2025 |
| Deadline for Plaintiff's reply in support of class certification | 07/19/2025 | 12/19/2025 |

I certify that this memorandum contains 263 words, in compliance with the Local Civil Rules.

DATED this 9th day of December 2024.    SUMMIT LAW GROUP, PLLC

By s/ Alexander A. Baehr
Alexander A. Baehr, WSBA No. 25320
Molly J. Gibbons, WSBA No. 58357
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Email: alexb@summitlaw.com
mollyg@summitlaw.com

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 2
Case No. 2:23-cv-00718-JCC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| 1 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG, RHOW PC |
| 2 | Ekwan E. Rhow *(Admitted pro hac vice)* |
| 3 | Marc E. Masters *(Admitted pro hac vice)*<br>Barr Benyamin *(Admitted pro hac vice)* |
| 4 | 1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067 |
| 5 | Telephone: (310) 201-2100 |
| 6 | Email: erhow@birdmarella.com<br>mmasters@birdmarella.com |
| 7 | bbenyamin@birdmarella.com |
| 8 | GLANCY PRONGAY & MURRAY LLP |
| 9 | Jonathan M. Rotter *(Admitted pro hac vice)*<br>Kara M. Wolke *(Admitted pro hac vice)* |
| 10 | Pavithra Rajesh *(Admitted pro hac vice)*<br>Holly K. Nye *(Admitted pro hac vice)* |
| 11 | 1925 Century Park East, Suite 2100<br>Los Angeles, California 90067 |
| 12 | Telephone: (310) 201-9150 |
| 13 | Email: jrotter@glancylaw.com<br>kwolke@glancylaw.com |
| 14 | prajesh@glancylaw.com<br>hnye@glancylaw.com |
| 15 | *Attorneys for Plaintiff* |
| 16 | |
| 17 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 18 | |
| 19 | By *s/ Gregory L. Watts (with email permission)*<br>Gregory L. Watts, WSBA #43995 |
| 20 | Tyre L. Tindall, WSBA #56357<br>701 Fifth Avenue, Suite 5100 |
| 21 | Seattle, WA 98104-7036<br>Email: gwatts@wsgr.com |
| 22 | ttindall@wsgr.com |
| 23 | Victor Jih (Admitted *pro hac vice*) |
| 24 | 1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA 90067 |
| 25 | Email: vjih@wsgr.com |
| 26 | *Attorneys for Defendants Qualtrics International Inc. and Qualtrics, LLC* |

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 3
Case No. 2:23-cv-00718-JCC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

MORGAN, LEWIS & BOCKIUS LLP

By *s/ Phillip J. Wiese (with email permission)*
    Ezra D. Church (Admitted *pro hac vice*)
    2222 Market Street
    Philadelphia, PA 19103
    Email: ezra.church@morganlewis.com

    Phillip J. Wiese (Admitted *pro hac vice*)
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Email: phillip.wiese@morganlewis.com

DAVIS WRIGHT TREMAINE LLP

By *s/ Fred Burnside (with email permission)*
    Fred Burnside, WSBA #32491
    Xiang Li, WSBA #52306
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Phone: (206) 622-3150
    E-mail: fredburnside@dwt.com
    xiangli@dwt.com

*Attorneys for Defendant Microsoft Corporation*

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 4
Case No. 2:23-cv-00718-JCC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# ORDER

IT IS SO ORDERED. The Clerk is DIRECTED to enter a new scheduling order in accordance with the deadlines listed below. The Court will set the remaining dates, including a discovery cutoff, after its ruling on Plaintiff's motion for class certification.

| Case Event | New Deadline |
| --- | --- |
| Deadline for parties to serve expert report(s) relevant for class certification | 07/28/2025 |
| Deadline for any rebuttal expert report(s) relevant for class certification | 08/20/2025 |
| Deadline for joinder of additional parties and to amend pleadings | 08/26/2025 |
| Deadline to file/serve Plaintiff's motion for class certification | 10/09/2025 |
| Deadline for Defendants' response to be filed/served to Plaintiff's motion for class certification | 11/26/2025 |
| Deadline for Plaintiff's reply in support of class certification | 12/19/2025 |

DATED this 13th day of December, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 5
Case No. 2:23-cv-00718-JCC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Presented by:

SUMMIT LAW GROUP, PLLC
*Attorneys for Plaintiff*

By *s/ Alexander A. Baehr*
    Alexander A. Baehr, WSBA No. 25320
    Molly J. Gibbons, WSBA No. 58357
    315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104
    Email: alexb@summitlaw.com
    mollyg@summitlaw.com


WILSON SONSINI GOODRICH & ROSATI, P.C.
*Attorneys for Defendants Qualtrics International Inc. and Qualtrics, LLC*

By *s/ Gregory L. Watts (with email permission)*
    Gregory L. Watts, WSBA #43995
    Tyre L. Tindall, WSBA #56357
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036
    Email: gwatts@wsgr.com
    ttindall@wsgr.com


MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendant Microsoft Corporation*

By *s/ Phillip J. Wiese (with email permission)*
    Ezra D. Church (Admitted pro hac vice)
    2222 Market Street
    Philadelphia, PA 19103
    Email: ezra.church@morganlewis.com

    Phillip J. Wiese (Admitted pro hac vice)
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Email: phillip.wiese@morganlewis.com

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 6
Case No. 2:23-cv-00718-JCC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Defendant Microsoft Corporation*
2
   By *s/ Fred Burnside (with email permission)*
3      Fred Burnside, WSBA #32491
       Xiang Li, WSBA #52306
4      920 Fifth Avenue, Suite 3300
       Seattle, WA  98104-1610
5      E-mail: fredburnside@dwt.com
       xiangli@dwt.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 7
Case No. 2:23-cv-00718-JCC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001