IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation; QUALTRICS INTERNATIONAL INC., a Delaware Corporation; and QUALTRICS LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-0718-RSM<br><br>**JOINT STIPULATED MOTION AND ORDER REGARDING PLAINTIFF'S WORKPLACE COMPUTER** |

　　As set forth herein, Plaintiff Jane Doe ("Plaintiff"), Defendant Microsoft Corporation ("Microsoft"), and Defendants Qualtrics International Inc. and Qualtrics, LLC (together, "Qualtrics"), hereby stipulate as follows:

　　**WHEREAS**, Plaintiff served discovery responses on Microsoft on August 14, 2024 and Qualtrics on November 11, 2024 disclosing to Microsoft and Qualtrics that, in addition to Plaintiff's personal cell phone and Chromebook, Plaintiff occasionally used a "computer at work" ("Workplace Computer") to access the Kaiser website.

　　**WHEREAS**, thereafter, Microsoft and Qualtrics served discovery requests on Plaintiff seeking the production and/or inspection of any Workplace Computer used by Plaintiff to access the Kaiser website.

JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S
COMPUTER AT WORK - 1
2:23-cv-0718-RSM

1    **WHEREAS**, Plaintiff served objections to the requests for production and/or inspection of any Workplace Computer, including that any Workplace Computer is outside Plaintiff's possession, custody, and/or control, as it is owned, managed, or controlled by Plaintiff's employer, and discovery regarding any Workplace Computer would be unduly burdensome, costly, and unnecessarily disruptive and harassing, as it would necessitate the involvement of Plaintiff's employer, a non-party, to this litigation.

**WHEREAS**, following meet and confer communications, the parties reached a compromise to enter into a stipulation that Microsoft and Qualtrics will agree to not pursue information stored on any Workplace Computer if Plaintiff agrees she will not rely on any information or activity on any Workplace Computer in this litigation.

**THEREFORE, IT IS STIPULATED AND AGREED** between the undersigned parties, by and through their respective counsel that:

a.    Plaintiff agrees that she will not rely on any information from, or activity conducted on, any Workplace Computer;

b.    Plaintiff agrees to abandon and withdraw any and all asserted claims to the extent the claims are based on information on or activity conducted on any Workplace Computer;

c.    In exchange for Plaintiff's agreement on points (a) and (b) above, Microsoft and Qualtrics agree to not require Plaintiff to produce any Workplace Computer, or any documents or data associated with it.

**IT IS SO STIPULATED.**

I certify that this Stipulated Motion contains 318 words, in compliance with the Local Civil Rules.

Dated May 8, 2025         Respectfully submitted,

By: *s/ Alexander A. Baehr*
Alexander A. Baehr, WSBA #25320
**SUMMIT LAW GROUP, PLLC**
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104
Email:  alexb@summitlaw.com

JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S
COMPUTER AT WORK - 2
2:23-cv-0718-RSM

|   |   |
|---|---|
| 1 | Ekwan E. Rhow (*pro hac vice*) |
| 2 | Marc E. Masters (*pro hac vice*) |
|   | Barr Benyamin (*pro hac vice*) |
| 3 | **BIRD, MARELLA, RHOW, LINCENBERG, DROOKS &** |
| 4 | **NESSIM LLP** |
|   | 1875 Century Park East, 23rd Floor |
| 5 | Los Angeles, CA 90067 |
|   | Telephone: (310) 201-2100 |
| 6 | Email:  erhow@birdmarella.com |
|   | mmasters@birdmarella.com |
| 7 | bbenyamin@birdmarella.com |

Jonathan Rotter (*pro hac vice*)
Holly K. Nye (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email:  jrotter@glancylaw.com
hyne@glancylaw.com

*Attorneys for Plaintiff Jane Doe*

By: *s/ Xiang Li*
    Fred B. Burnside, WSBA #32491
    Xiang Li, WSBA #52306
    **DAVIS WRIGHT TREMAINE**
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: (206) 622-3150
    Email: fredburnside@dwt.com; xiangli@dwt.com

Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Email: ezra.church@morganlewis.com

Phillip J. Wiese (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Email:  phillip.wiese@morganlewis.com

JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S
COMPUTER AT WORK - 3
2:23-cv-0718-RSM

*Attorneys for Defendant Microsoft Corporation*

By: *s/ Tyre L. Tindall*
    Gregory L. Watts, WSBA #43995
    Tyre L. Tindall, WSBA #56357
    **WILSON SONSINI GOODRICH & ROSATI, P.C.**
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036
    Telephone: (206) 883-2500
    Email: gwatts@wsgr.com; ttindall@wsgr.com

Victor Jih (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Email: vjih@wsgr.com

Samantha Alexandria-Booth Machock (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
12235 El Camino Real
San Diego, CA 92130
Telephone: (858) 350-2300
Email: smachock@wsgr.com

Caitlin McKelvie (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
95 S. State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Email: cmckelvie@wsgr.com

*Attorneys for Defendants Qualtrics International Inc. and Qualtrics, LLC*

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE