UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation; QUALTRICS INTERNATIONAL INC., a Delaware Corporation; and QUALTRICS LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:23-cv-00718-RSM<br><br>**STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE** |

## STIPULATED MOTION

Pursuant to Local Civil Rule 10(g), the parties hereby jointly stipulate to continue the dates set forth in the Court's Order granting the Parties' Stipulated Motion to Amend Case Schedule entered on April 25, 2025 (Dkt. #105) ("Amended Scheduling Order"). The Court's Amended Scheduling Order set certain class certification-related deadlines, as noted below, with the "remaining dates, including a discovery cutoff, [to be set] after its ruling on Plaintiff's motion for class certification." Dkt. #105. The discovery in this matter, which the parties have diligently pursued thus far, is highly technical and has required additional time by the parties to investigate the allegations and to confer and carry out the agreed upon search, collection, and production of

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 1
Case No. 2:23-cv-00718-RSM

relevant information. Additionally, the parties have served, and anticipate additional necessary, third-party discovery. In light of the extensive and technical fact and expert discovery necessary given the subject matter of this action, and in order to preserve judicial resources, the parties believe good cause exists to extend the deadlines set forth in the Amended Scheduling Order and respectfully request that the Court enter a new scheduling order that adopts the parties' jointly proposed schedule set forth below.

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiff to serve expert report(s) relevant for class certification | 1/28/2026 | 3/4/26 |
| Deadline for Defendants to serve expert report(s) relevant to class certification | N/A | 4/15/26 |
| Deadline for Plaintiff to serve any rebuttal expert report(s) relevant for class certification | 2/20/2026 | 5/22/26 |
| Deadline for joinder of additional parties and to amend pleadings | 2/26/2026 | 2/26/26 |
| Deadline to file/serve Plaintiff's motion for class certification | 4/9/2026 | 6/5/26 |
| Deadline for Defendants' response to be filed/served to Plaintiff's motion for class certification | 5/26/2026 | 7/10/26 |
| Deadline for Plaintiff's reply in support of class certification | 6/19/2026 | 7/31/26 |

I certify that this memorandum contains 291 words, in compliance with the Local Civil Rules.

DATED this 15th day of December, 2025.    SUMMIT LAW GROUP, PLLC

By *s/ Alexander A. Baehr*
Alexander A. Baehr, WSBA No. 25320
Molly J. Gibbons, WSBA No. 58357
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Email: alexb@summitlaw.com
mollyg@summitlaw.com

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 2
Case No. 2:23-cv-00718-RSM

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP
Ekwan E. Rhow *(Admitted pro hac vice)*
Marc E. Masters *(Admitted pro hac vice)*
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Email: erhow@birdmarella.com
mmasters@birdmarella.com

GLANCY PRONGAY & MURRAY LLP

Jonathan M. Rotter *(Admitted pro hac vice)*
Holly K. Nye *(Admitted pro hac vice)*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: jrotter@glancylaw.com
hnye@glancylaw.com

   -and-

Takeo A. Kellar (Admitted *pro hac vice*)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: tkellar@glancylaw.com

*Attorneys for Plaintiff*

WILSON SONSINI GOODRICH & ROSATI, P.C.

By *s/ Gregory L. Watts (with email permission)*
Gregory L. Watts, WSBA #43995
Tyre L. Tindall, WSBA #56357
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Email:  gwatts@wsgr.com
ttindall@wsgr.com

Victor Jih (admitted *pro hac vice*)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Email: vjih@wsgr.com

STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE - 3
Case No. 2:23-cv-00718-RSM

Samantha Alexandria-Booth Machock
(admitted *pro hac vice*)
12235 El Camino Real
San Diego, CA 92130
Email: smachock@wsgr.com

Caitlin McKelvie (admitted *pro hac vice*)
95 S State Street, Suite 1000
Salt Lake City, UT 98111
Email: cmckelvie@wsgr.com

*Attorneys for Defendants Qualtrics International Inc. and Qualtrics, LLC*

DAVIS WRIGHT TREMAINE LLP

By *s/ Fred Burnside (with email permission)*
Fred Burnside, WSBA #32491
Xiang Li, WSBA #52306
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
E-mail: fredburnside@dwt.com
xiangli@dwt.com

MORGAN, LEWIS & BOCKIUS LLP

Ezra D. Church (Admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA 19103
Email: ezra.church@morganlewis.com

Phillip J. Wiese (Admitted *pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Email: phillip.wiese@morganlewis.com

*Attorneys for Defendant Microsoft Corporation*

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE - 4
Case No. 2:23-cv-00718-RSM

# ORDER

IT IS SO ORDERED. The following deadlines are amended as stated below. The Court will set the remaining dates, including a discovery cutoff, after its ruling on Plaintiff's motion for class certification.

| Case Event | New Deadline |
|---|---|
| Deadline for joinder of additional parties and to amend pleadings | 2/26/26 |
| Deadline for Plaintiff to serve expert report(s) relevant for class certification | 3/4/26 |
| Deadline for Defendants to serve expert report(s) relevant to class certification | 4/15/26 |
| Deadline for Plaintiff to serve any rebuttal expert report(s) relevant for class certification | 5/22/26 |
| Deadline to file/serve Plaintiff's motion for class certification | 6/5/26 |
| Deadline for Defendants' response to be filed/served to Plaintiff's motion for class certification | 7/10/26 |
| Deadline for Plaintiff's reply in support of class certification | 7/31/26 |

Dated this 16th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE