UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 2:23-cv-00718-RSM |
| Plaintiff, | STIPULATED MOTION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND PLAINTIFF'S MOTION TO SEAL |
| v. | |
| MICROSOFT CORPORATION, a Washington Corporation; QUALTRICS INTERNATIONAL INC., a Delaware Corporation; and QUALTRICS LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

## STIPULATED MOTION

In accordance with Local Civil Rules 7(d)(1) and 10(g), Plaintiff Jane Doe ("Plaintiff") and Defendants Microsoft Corporation ("Microsoft"), Qualtrics International Inc. and Qualtrics, LLC (together with Qualtrics International Inc., "Qualtrics," and collectively with Microsoft, "Defendants"), by and through their undersigned counsel, submit the following Stipulation and ask the Court to enter an order consistent with this Stipulation:

1.      WHEREAS, on February 26, 2026, Plaintiff filed a Motion for Leave to File a Second Amended Complaint ("Motion for Leave") and a Motion to Seal ("Motion to Seal") (collectively the "Motions");

2.      WHEREAS, the current deadline for Defendants to respond to the Motion for Leave and Motion to Seal is March 13, 2026;

3.      WHEREAS, the current deadline for the Plaintiff to reply to the Defendants' response to the Motion for Leave is March 19, 2026; and

4.      WHEREAS, the parties have conferred and agreed to an extension of time to respond to the Motions. There is good cause for such extension because counsel for Qualtrics is managing a family member's urgent medical condition.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to approval of this Court, that:

1.      The March 13, 2026 deadline regarding the Defendants' responses to the Motions and March 19, 2026 deadline regarding Plaintiff's reply are hereby extended; and

STIPULATED MOTION AND ORDER EXTENDING          - 1 -
TIME TO RESPOND TO SAC
2:23-cv-00718-RSM

2.     The Defendants shall file their opposition to the Motion for Leave and response to the Motion to Seal on or before March 20, 2026.  Plaintiff shall file their reply for the Motion for Leave on or before March 26, 2026.

3.     The Defendants shall not waive any rights, arguments, or defenses by waiting until March 20, 2026 to oppose or respond to Plaintiff's Motions.

Dated:  March 10, 2026

I, Caitlin McKelvie, certify that this memorandum contains 282 words, in compliance with the Local Civil Rules.

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By *s/ Caitlin McKelvie*
Caitlin McKelvie (admitted *pro hac vice*)
95 S State Street, Suite 1000
Salt Lake City, UT 98111
Email: cmckelvie@wsgr.com

Victor Jih (admitted *pro hac vice*)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Email: vjih@wsgr.com

Gregory L. Watts, WSBA #43995
Tyre L. Tindall, WSBA #56357
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Email:  gwatts@wsgr.com
         ttindall@wsgr.com

Samantha Alexandria-Booth Machock (admitted *pro hac vice*)
12235 El Camino Real
San Diego, CA 92130
Email: smachock@wsgr.com

*Attorneys for Defendants Qualtrics International Inc. and Qualtrics, LLC*

STIPULATED MOTION AND ORDER EXTENDING        - 2 -
TIME TO RESPOND TO SAC
2:23-cv-00718-RSM

**DAVIS WRIGHT TREMAINE LLP**

By *s/ Fred Burnside*
Fred Burnside, WSBA #32491
Xiang Li, WSBA #52306
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Phone: (206) 622-3150
E-mail: fredburnside@dwt.com
xiangli@dwt.com

*Attorneys for Defendant Microsoft Corporation*

**SUMMIT LAW GROUP, PLLC**

By *s/ Alexander A. Baehr*
Alexander A. Baehr, WSBA #25320 Molly
J. Gibbons, WSBA #58357 SUMMIT LAW
GROUP, PLLC 315 Fifth Avenue S, Suite
1000 Seattle, WA 98104 | (206) 676-7000

Email:  abaehr@summitlaw.com
mgibbons@summitlaw.com

**GLANCY PRONGAY WOLKE &
ROTTER LLP**

Jonathan M. Rotter (admitted *pro hac vice*)
Holly K. Nye (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
(310) 201-9150
Email:  jrotter@glancylaw.com
hnye@glancylaw.com
- and -
Takeo A. Kellar (admitted *pro hac vice*)
12544 High Bluff Drive, Suite 200
San Diego, CA 92130
(310) 201-9150
Email: tkellar@glancylaw.com

**BIRD, MARELLA, RHOW, LINCENBERG.
DROOKS. & NESSIM, LLP**

Ekwan E. Rhow (admitted *pro hac vice*)
Marc E. Masters (admitted *pro hac vice*)
Monique M. Candiff (admitted *pro hac vice*)
1875 Century Park East, 23rd

STIPULATED MOTION AND ORDER EXTENDING          - 3 -
TIME TO RESPOND TO SAC
2:23-cv-00718-RSM

Los Angeles, CA 90067-2561
(310) 201-2100
Email: erhow@birdmarella.com
       mmasters@birdmarella.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER EXTENDING        - 4 -
TIME TO RESPOND TO SAC
2:23-cv-00718-RSM

**ORDER**

**IT IS SO ORDERED.**

DATED this 12th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE